# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MICHAEL DAVED KASE**,
Appellant,

v.

**JENNIFER DUTRA**,
Appellee.

No. 4D18-3194

[April 3, 2019]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Catherine M. Brunson, Judge; L.T. Case No. 50-2017-DR-010475-XXX-MB.

Kathleen A. Daly of the Law Office of Kathleen A. Daly, P.A., West Palm Beach, for appellant.

Shenna Stevens of Florida Rural Legal Services, Inc., Riviera Beach, for appellee.

PER CURIAM.

*Affirmed.* See *Moriarty v. Moriarty*, 192 So. 3d 680 (Fla. 4th DCA 2016).

TAYLOR, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***